IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

REPEAT BOUTIQUE, LLC, ET AL.                                              PLAINTIFFS

V.                                                        CIVIL ACTION NO. 1:18-CV-47-SA-DAS

TOLTECA LAND, LLC, ET AL.                                                 DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on March 15, 2018. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 19th day of March, 2018.

                                          /s/ Sharion Aycock
                                        UNITED STATES DISTRICT JUDGE